UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT - 8 2013

David J. Bradley, Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs | § | CRIMINAL NO. |
| RICARDO BOCHAS-ROBLES | | B-13-771 |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

On or about September 26, 2013, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RICARDO BOCHAS-ROBLES**

did knowingly and intentionally conspire with other persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than 5 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### COUNT 2

On or about September 26, 2013, in the Southern District of Texas, and within the jurisdiction of the Court, Defendant,

**RICARDO BOCHAS-ROBLES**

did knowingly and intentionally possess with intent to distribute a quantity more than 5 kilograms, that is, approximately 17.48 kilograms (38.45 pounds), gross weight, of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
JOSE A. ESQUIVEL, JR.
Assistant United States Attorney

2